# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEVADA POWER COMPANY,

    Defendant.

Case No. 2:07-cv-00771-LDG (GWF)

**ORDER**

    Having considered the motion of Defendant Nevada Power Company for an order vacating the consent decree entered in this action on August 9, 2007, and as the Plaintiff, the United States of America, does not oppose this motion, therefore:

    THE COURT **ORDERS** that the motion is GRANTED. The Consent Decree entered in this action on August 9, 2007 (ECF No. 8) is VACATED.

DATED this _____ day of September, 2018.

_____
Lloyd D. George
United States District Judge